```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 20-00131-RNO
Siwana Sheron Green                                                 Chapter 13
Thomas Demetrius Green
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke               Page 1 of 1         Date Rcvd: Feb 13, 2020
                              Form ID: ntnew341             Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
```
db/jdb         +Siwana Sheron Green,    Thomas Demetrius Green,    113 Rena Drive,    Effort, PA 18330-7736
5294423        +Bayview Loan Servicing, LLC, a Delaware Limited Li,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
5297534        +Santander Consumer USA Inc,    P.O. Box 560284,    Dallas, TX 75356-0284
5290873        +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5290874        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 13 2020 19:36:41
                 Bayview Loan Servicing,    4425 Ponce De Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1873
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5290876*       +Bayview Loan Servicing,   4425 Ponce De Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1873
5290875*       +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7
               bkgroup@kmllawgroup.com
              Janet M. Spears    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkecfinbox@aldridgepite.com,    JSpears@ecf.courtdrive.com
              Patrick James Best    on behalf of Debtor 1 Siwana Sheron Green patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              Patrick James Best    on behalf of Debtor 2 Thomas Demetrius Green patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Siwana Sheron Green,

**Debtor 1**

Thomas Demetrius Green,

**Debtor 2**

Chapter 13

Case No. 5:20–bk–00131–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: March 9, 2020 |
| --- | --- |
| | Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701
(570) 831–2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: PamelaRadginski, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: February 13, 2020

ntnew341 (04/18)