```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                          Case No. 20-00131-RNO
Siwana Sheron Green                                             Chapter 13
Thomas Demetrius Green
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-5         User: AutoDocke          Page 1 of 1        Date Rcvd: Feb 28, 2020
                             Form ID: ntnew341        Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.
```
db/jdb         +Siwana Sheron Green,   Thomas Demetrius Green,   113 Rena Drive,   Effort, PA 18330-7736
5294423        +Bayview Loan Servicing, LLC, a Delaware Limited Li,   4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
5297534        +Santander Consumer USA Inc,   P.O. Box 560284,   Dallas, TX 75356-0284
5290873        +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5290874        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 28 2020 19:04:11
                 Bayview Loan Servicing,   4425 Ponce De Leon Boulevard,   5th Floor,
                 Coral Gables, FL 33146-1873
                                                                                          TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5290876*       +Bayview Loan Servicing,   4425 Ponce De Leon Boulevard,   5th Floor,
                 Coral Gables, FL 33146-1873
5290875*       +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7
               bkgroup@kmllawgroup.com
              Janet M. Spears    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkecfinbox@aldridgepite.com,   JSpears@ecf.courtdrive.com
              Patrick James Best    on behalf of Debtor 1 Siwana Sheron Green patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              Patrick James Best    on behalf of Debtor 2 Thomas Demetrius Green patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 6
```

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Siwana Sheron Green,

**Debtor 1**

Thomas Demetrius Green,

**Debtor 2**

Chapter 13

Case No. 5:20–bk–00131–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: March 23, 2020<br>Time: 12:00 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701
(570) 831–2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: MichaelMcHugh, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: February 28, 2020

ntnew341 (04/18)