THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45          DD

| 07/03/2019 | 5275 |
|---|---|
| DATE | CHECK NO. |

**Payrolls by Paychex, Inc.**

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**\*\*$640.46\*\***

AMOUNT

VOID THIS IS NOT A CHECK ........................................... DOLLARS

**\*\*NON-NEGOTIABLE\*\***

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                 FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 06/27/19 **to** 07/03/19
**Check Date:** 07/03/19    **Check #:** 5275

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 640.46 | 20857.52 |
| **NET PAY** | **640.46** | **20857.52** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.00 | 20.0000 | 800.00 | 1008.00 | 20160.00 |
| | Personal | | | | 32.00 | 640.00 |
| | Overtime | | | | 162.00 | 4860.00 |
| | **Total Hours** | 40.00 | | | 1202.00 | |
| | **Gross Earnings** | | | 800.00 | | 25660.00 |
| | **Total Hrs Worked** | 40.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 49.60 | | 1590.92 |
| | Medicare | | | 11.60 | | 372.07 |
| | Fed Income Tax | M 2 | | 41.92 | | 1170.05 |
| | NY Income Tax | M 2 | | 32.28 | | 953.20 |
| | NY Disability PFL | | | 1.22 | | 34.43 |
| | NY Disability | | | 0.60 | | 17.40 |
| | NY NYC Inc | M 2 | | 22.32 | | 664.29 |
| | **TOTAL** | | | 159.54 | | 4802.48 |

| **NET PAY** | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 640.46 | 20857.52 |

*Payrolls by Paychex, Inc.*

**0020 1903-9783** Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING · THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45    DD

| 07/11/2019 | 5306 |
|---|---|
| DATE | CHECK NO. |

**PAY TO THE ORDER OF**

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**\*\*$640.46\*\***

AMOUNT

VOID THIS IS NOT A CHECK .............................................. DOLLARS

**\*\*NON-NEGOTIABLE\*\***

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

⬆ FOLD AND REMOVE        FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 07/04/19 to 07/10/19
**Check Date:** 07/11/19    **Check #:** 5306

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 640.46 | 21497.98 |
| **NET PAY** | **640.46** | **21497.98** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.00 | 20.0000 | 800.00 | 1048.00 | 20960.00 |
| | Personal | | | | 32.00 | 640.00 |
| | Overtime | | | | 162.00 | 4860.0 |
| | **Total Hours** | 40.00 | | | 1242.00 | |
| | **Gross Earnings** | | | 800.00 | | 26460.0 |
| | **Total Hrs Worked** | 40.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 49.60 | 1640.5 |
| | Medicare | | 11.60 | 383.6 |
| | Fed Income Tax | M 2 | 41.92 | 1212.0 |
| | NY Income Tax | M 2 | 32.28 | 985.5 |
| | NY Disability PFL | | 1.22 | 35.6 |
| | NY Disability | | 0.60 | 18.0 |
| | NY NYC Inc | M 2 | 22.32 | 686.6 |
| | **TOTAL** | | 159.54 | 4962.0 |

| **NET PAY** | THIS PERIOD ($) 640.46 | YTD 21497. |
|---|---|---|

Payrolls by Paychex, Inc.

**0020 1903-9783** Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

Case 5:20-bk-00131-RNO   Doc 29   Filed 03/03/20   Entered 03/03/20 17:53:19   Desc
Main Document    Page 2 of 27

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45        DD

| 07/18/2019 | 5339 |
|---|---|
| DATE | CHECK NO. |

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**$640.46**

AMOUNT

VOID THIS IS NOT A CHECK .............................................. DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

⬆ FOLD AND REMOVE                                           FOLD AND REMOVE ⬆

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 45

Home Department: 300 HVAC

**Pay Period:** 07/11/19 to 07/17/19
**Check Date:** 07/18/19    **Check #:** 5339

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 640.46 | 22138.44 |
| **NET PAY** | **640.46** | **22138.44** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.00 | 20.0000 | 800.00 | 1088.00 | 21760.0 |
| | Personal | | | | 32.00 | 640.0 |
| | Overtime | | | | 162.00 | 4860.0 |
| | **Total Hours** | 40.00 | | | 1282.00 | |
| | **Gross Earnings** | | | 800.00 | | 27260.0 |
| | **Total Hrs Worked** | 40.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 49.60 | 1690.1 |
| | Medicare | | 11.60 | 395.2 |
| | Fed Income Tax | M 2 | 41.92 | 1253.9 |
| | NY Income Tax | M 2 | 32.28 | 1017.8 |
| | NY Disability PFL | | 1.22 | 36.8 |
| | NY Disability | | 0.60 | 18.6 |
| | NY NYC Inc | M 2 | 22.32 | 708.9 |
| | **TOTAL** | | 159.54 | 5121.5 |

| NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|
| | 640.46 | 22138 |

Payrolls by Paychex, Inc.

**0020 1903-9783** Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45      DD

| DATE | CHECK NO. |
|---|---|
| 08/01/2019 | 5412 |

**PAY TO THE ORDER OF**

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**\*\*$640.46\*\***

AMOUNT

VOID THIS IS NOT A CHECK ........................................ DOLLARS

**\*\*NON-NEGOTIABLE\*\***

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
**Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 07/25/19 **to** 07/31/19
**Check Date:** 08/01/19   **Check #:** 5412
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 640.46 | 23419.36 |
| **NET PAY** | **640.46** | **23419.36** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 32.00 | 20.0000 | 640.00 | 1152.00 | 23040.00 |
| | Personal | 8.00 | 20.0000 | 160.00 | 48.00 | 960.00 |
| | Overtime | | | | 162.00 | 4860.00 |
| | **Total Hours** | 40.00 | | | 1362.00 | |
| | **Gross Earnings** | | | 800.00 | | 28860.00 |
| | **Total Hrs Worked** | 40.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 49.60 | 1789.3 |
| | Medicare | | 11.60 | 418.4 |
| | Fed Income Tax | M 2 | 41.92 | 1337.7 |
| | NY Income Tax | M 2 | 32.28 | 1082.4 |
| | NY Disability | | 0.60 | 19.8 |
| | NY Disability PFL | | 1.22 | 39.3 |
| | NY NYC Inc | M 2 | 22.32 | 753.5 |
| | **TOTAL** | | 159.54 | 5440.6 |

| NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|
| | 640.46 | 23419 |

Payrolls by Paychex, Inc.

**0020 1903-9783** Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45     DD

| 08/08/2019 | 5450 |
|---|---|
| DATE | CHECK NO. |

Total Net Direct Deposit(s)
**$640.46**

AMOUNT

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

VOID THIS IS NOT A CHECK ........................................ DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE — FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION

Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx   **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 08/01/19 **to** 08/07/19
**Check Date:** 08/08/19   **Check #:** 5450

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 640.46 | 24059.82 |
| NET PAY | 640.46 | 24059.82 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 20.0000 | 800.00 | 1192.00 | 23840.00 |
| Personal | | | | 48.00 | 960.00 |
| Overtime | | | | 162.00 | 4860.00 |
| Total Hours | 40.00 | | | 1402.00 | |
| Gross Earnings | | | 800.00 | | 29660.00 |
| Total Hrs Worked | 40.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 49.60 | 1838.92 |
| Medicare | | 11.60 | 430.07 |
| Fed Income Tax | M 2 | 41.92 | 1379.69 |
| NY Income Tax | M 2 | 32.28 | 1114.68 |
| NY Disability | | 0.60 | 20.40 |
| NY Disability PFL | | 1.22 | 40.53 |
| NY NYC Inc | M 2 | 22.32 | 775.85 |
| TOTAL | | 159.54 | 5600.18 |

| NET PAY | | THIS PERIOD ($) | YTD |
|---|---|---|---|
| | | 640.46 | 24059 |

Payrolls by Paychex, Inc.
0020 1903-9783 Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45          DD

| 08/15/2019 | 5484 |
|---|---|
| DATE | CHECK NO. |

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**$640.46**

AMOUNT

VOID THIS IS NOT A CHECK .......................................... DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx     **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 08/08/19 **to** 08/14/19
**Check Date:** 08/15/19     **Check #:** 5484
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 640.46 | 24700.28 |
| **NET PAY** | **640.46** | **24700.28** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 20.0000 | 800.00 | 1232.00 | 24640.00 |
| Personal | | | | 48.00 | 960.00 |
| Overtime | | | | 162.00 | 4860.00 |
| **Total Hours** | 40.00 | | | 1442.00 | |
| **Gross Earnings** | | | 800.00 | | 30460.00 |
| **Total Hrs Worked** | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 49.60 | 1888.5 |
| Medicare | | 11.60 | 441.6 |
| Fed Income Tax | M 2 | 41.92 | 1421.6 |
| NY Income Tax | M 2 | 32.28 | 1146.9 |
| NY Disability PFL | | 1.22 | 41.7 |
| NY Disability | | 0.60 | 21.0 |
| NY NYC Inc | M 2 | 22.32 | 798.2 |
| **TOTAL** | | 159.54 | 5759.7 |

| **NET PAY** | | THIS PERIOD ($) | YTD |
|---|---|---|---|
| | | **640.46** | **24700.** |

Payrolls by Paychex, Inc.

0020 1903-9783 Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45        DD

| 08/15/2019 | 5485 |
|---|---|
| DATE | CHECK NO. |

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**$217.36**

AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 08/08/19 **to** 08/14/19
**Check Date:** 08/15/19    **Check #:** 5485
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 217.36 | 24917.64 |
| **NET PAY** | **217.36** | **24917.64** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | | | | 1232.00 | 24640.00 |
| | Personal | | | | 48.00 | 960.00 |
| | Overtime | 8.00 | 30.0000 | 240.00 | 170.00 | 5100.00 |
| | Total Hours | 8.00 | | | 1450.00 | |
| | Gross Earnings | | | 240.00 | | 30700.00 |
| | Total Hrs Worked | 8.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 14.88 | 1903.40 |
| | Medicare | | 3.48 | 445.15 |
| | Fed Income Tax | M 2 | | 1421.6 |
| | NY Income Tax | M 2 | 1.95 | 1148.9 |
| | NY Disability PFL | | 0.37 | 42.13 |
| | NY Disability | | | 21.00 |
| | NY NYC Inc | M 2 | 1.96 | 800.1 |
| | **TOTAL** | | 22.64 | 5782.3 |

| NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|
| | 217.36 | 24917. |

Payrolls by Paychex, Inc.

**0020 1903-9783** Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45      DD

| 08/22/2019 | 5524 |
|---|---|
| DATE | CHECK NO. |

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**$640.46**

AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

---

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx    Employee ID: 45

Home Department: 300 HVAC

Pay Period: 08/15/19 to 08/21/19
Check Date: 08/22/19    Check #: 5524

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 640.46 | 25558.10 |
| NET PAY | 640.46 | 25558.10 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 20.0000 | 800.00 | 1272.00 | 25440.00 |
| Personal | | | | 48.00 | 960.00 |
| Overtime | | | | 170.00 | 5100.00 |
| Total Hours | 40.00 | | | 1490.00 | |
| Gross Earnings | | | 800.00 | | 31500.00 |
| Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 49.60 | 1953.00 |
| Medicare | | 11.60 | 456.75 |
| Fed Income Tax | M 2 | 41.92 | 1463.53 |
| NY Income Tax | M 2 | 32.28 | 1181.19 |
| NY Disability | | 0.60 | 21.60 |
| NY Disability PFL | | 1.22 | 43.34 |
| NY NYC Inc | M 2 | 22.32 | 822.49 |
| TOTAL | | 159.54 | 5941.90 |

| NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|
| | 640.46 | 25558 |

FOLD AND REMOVE

---

Payrolls by Paychex, Inc.

0020 1903-9783  Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45          DD

| 08/29/2019 | 5557 |
|---|---|
| DATE | CHECK NO. |

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**$526.29**

AMOUNT

VOID THIS IS NOT A CHECK .......................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx     **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 08/22/19 to 08/28/19
**Check Date:** 08/29/19     **Check #:** 5557
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 526.29 | 26084.39 |
| NET PAY | 526.29 | 26084.39 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 32.00 | 20.0000 | 640.00 | 1304.00 | 26080.00 |
| | Personal | | | | 48.00 | 960.00 |
| | Overtime | | | | 170.00 | 5100.00 |
| | **Total Hours** | 32.00 | | | 1522.00 | |
| | **Gross Earnings** | | | 640.00 | | 32140.00 |
| | **Total Hrs Worked** | 32.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|---|
| | Social Security | | | 39.68 | 1992.6 |
| | Medicare | | | 9.28 | 466.0 |
| | Fed Income Tax | M 2 | | 25.15 | 1488.6 |
| | NY Income Tax | M 2 | | 22.34 | 1203.5 |
| | NY Disability PFL | | | 0.98 | 44.3 |
| | NY Disability | | | 0.60 | 22.2 |
| | NY NYC Inc | M 2 | | 15.68 | 838.1 |
| | **TOTAL** | | | 113.71 | 6055.6 |

| NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|
| | 526.29 | 26084 |

Payrolls by Paychex, Inc.

0020 1903-9783  Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING · THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45        DD

| 09/05/2019 | 5591 |
|---|---|
| DATE | CHECK NO. |

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**\*\*$640.46\*\***

AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**\*\*NON-NEGOTIABLE\*\***

AUTHORIZED SIGNATURE(S)

*Payrolls by Paychex, Inc.*

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE       FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 08/29/19 **to** 09/04/19
**Check Date:** 09/05/19    **Check #:** 5591

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 640.46 | 26724.85 |
| **NET PAY** | **640.46** | **26724.85** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.00 | 20.0000 | 800.00 | 1344.00 | 26880.00 |
| | Personal | | | | 48.00 | 960.00 |
| | Overtime | | | | 170.00 | 5100.00 |
| | **Total Hours** | 40.00 | | | 1562.00 | |
| | **Gross Earnings** | | | 800.00 | | 32940.00 |
| | **Total Hrs Worked** | 40.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 49.60 | 2042.28 |
| | Medicare | | 11.60 | 477.63 |
| | Fed Income Tax | M 2 | 41.92 | 1530.60 |
| | NY Income Tax | M 2 | 32.28 | 1235.81 |
| | NY Disability PFL | | 1.22 | 45.54 |
| | NY Disability | | 0.60 | 22.80 |
| | NY NYC Inc | M 2 | 22.32 | 860.49 |
| | **TOTAL** | | 159.54 | 6215.15 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 640.46 | 26724.85 |

*Payrolls by Paychex, Inc.*

**0020 1903-9783** Reem Plumbing & Heating Corp · 63 Flushing Ave · Brooklyn NY 11205 · (718) 643-0519

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

COPY/SCAN CAPTURE? ANTI-FRAUD PROTE

REEM PLUMBING & HEATING CORP
53 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45      DD

| 09/12/2019 | 5625 |
|---|---|
| DATE | CHECK NO. |

*Payrolls by Paychex, Inc.*

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**$285.47**

AMOUNT

VOID THIS IS NOT A CHECK ..:.......................................... DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE     FOLD AND REMOVE

### PERSONAL AND CHECK INFORMATION
Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx   **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 09/05/19 **to** 09/11/19
**Check Date:** 09/12/19    **Check #:** 5625
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 285.47 | 27010.32 |
| **NET PAY** | **285.47** | **27010.32** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 16.00 | 20.0000 | 320.00 | 1360.00 | 27200.00 |
| | Personal | | | | 48.00 | 960.00 |
| | Overtime | | | | 170.00 | 5100.00 |
| | **Total Hours** | 16.00 | | | 1578.00 | |
| | **Gross Earnings** | | | 320.00 | | 33260.00 |
| | **Total Hrs Worked** | 16.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 19.84 | 2062.12 |
| | Medicare | | 4.64 | 482.27 |
| | Fed Income Tax | M 2 | | 1530.60 |
| | NY Income Tax | M 2 | 5.15 | 1240.96 |
| | NY Disability | | 0.60 | 23.40 |
| | NY Disability PFL | | 0.49 | 46.03 |
| | NY NYC Inc | M 2 | 3.81 | 864.30 |
| | **TOTAL** | | 34.53 | 6249.68 |

| NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|
| | 285.47 | 27010. |

*Payrolls by Paychex, Inc.*

**0020 1903-9783** Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

COPYRIGHT/CAPTURE ANTI-FRAUD PROTEC

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45      DD

| 09/19/2019 | 5663 |
|---|---|
| DATE | CHECK NO. |

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**\*\*$410.67\*\***

AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**\*\*NON-NEGOTIABLE\*\***

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 09/12/19 **to** 09/18/19
**Check Date:** 09/19/19    **Check #:** 5663

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 410.67 | 27420.99 |
| **NET PAY** | **410.67** | **27420.99** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 24.00 | 20.0000 | 480.00 | 1384.00 | 27680.00 |
| Personal | | | | 48.00 | 960.00 |
| Overtime | | | | 170.00 | 5100.00 |
| **Total Hours** | 24.00 | | | 1602.00 | |
| **Gross Earnings** | | | 480.00 | | 33740.00 |
| **Total Hrs Worked** | 24.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 29.76 | 2091.88 |
| Medicare | | 6.96 | 489.23 |
| Fed Income Tax | M 2 | 9.15 | 1539.75 |
| NY Income Tax | M 2 | 12.80 | 1253.76 |
| NY Disability | | 0.60 | 24.00 |
| NY Disability PFL | | 0.73 | 46.76 |
| NY NYC Inc | M 2 | 9.33 | 873.63 |
| **TOTAL** | | 69.33 | 6319.0 |

| NET PAY | | THIS PERIOD ($) 410.67 | YTD 27420. |
|---|---|---|---|

Payrolls by Paychex, Inc.

**0020 1903-9783** Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING · THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45      DD

| 09/26/2019 | 5706 |
|---|---|
| DATE | CHECK NO. |

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**\*\*$640.46\*\***

AMOUNT

VOID THIS IS NOT A CHECK .............................................. DOLLARS

**\*\*NON-NEGOTIABLE\*\***

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE          FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 09/19/19 **to** 09/25/19
**Check Date:** 09/26/19    **Check #:** 5706
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 640.46 | 28061.45 |
| **NET PAY** | **640.46** | **28061.45** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 20.0000 | 800.00 | 1424.00 | 28480.00 |
| Personal | | | | 48.00 | 960.00 |
| Overtime | | | | 170.00 | 5100.00 |
| **Total Hours** | 40.00 | | | 1642.00 | |
| **Gross Earnings** | | | 800.00 | | 34540.00 |
| **Total Hrs Worked** | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 49.60 | 2141.48 |
| Medicare | | 11.60 | 500.83 |
| Fed Income Tax | M 2 | 41.92 | 1581.67 |
| NY Income Tax | M 2 | 32.28 | 1286.04 |
| NY Disability PFL | | 1.22 | 47.98 |
| NY Disability | | 0.60 | 24.60 |
| NY NYC Inc | M 2 | 22.32 | 895.95 |
| **TOTAL** | | 159.54 | 6478.55 |

| **NET PAY** | | THIS PERIOD ($) | YTD |
|---|---|---|---|
| | | 640.46 | 28061. |

Payrolls by Paychex, Inc.

**0020 1903-9783** Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

**REEM PLUMBING & HEATING CORP**
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45        DD

| DATE | CHECK NO. |
|---|---|
| 10/03/2019 | 5740 |

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**\*\*$640.46\*\***

AMOUNT

VOID THIS IS NOT A CHECK ............................................... DOLLARS

**\*\*NON-NEGOTIABLE\*\***

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                      FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 09/26/19 to 10/02/19
**Check Date:** 10/03/19    **Check #:** 5740
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 640.46 | 28701.91 |
| **NET PAY** | **640.46** | **28701.91** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 20.0000 | 800.00 | 1464.00 | 29280.00 |
| Personal | | | | 48.00 | 960.00 |
| Overtime | | | | 170.00 | 5100.00 |
| Total Hours | 40.00 | | | 1682.00 | |
| Gross Earnings | | | 800.00 | | 35340.00 |
| Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 49.60 | 2191.08 |
| Medicare | | 11.60 | 512.43 |
| Fed Income Tax | M 2 | 41.92 | 1623.59 |
| NY Income Tax | M 2 | 32.28 | 1318.32 |
| NY Disability | | 0.60 | 25.20 |
| NY Disability PFL | | 1.22 | 49.20 |
| NY NYC Inc | M 2 | 22.32 | 918.27 |
| **TOTAL** | | 159.54 | 6638.09 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 640.46 | 28701.91 |

*Payrolls by Paychex, Inc.*

**0020 1903-9783** Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45      DD

| 10/10/2019 | 5779 |
|---|---|
| DATE | CHECK NO. |

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**$640.46**
AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE
FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx   **Employee ID:** 45

Home Department: 300 HVAC

Pay Period: 10/03/19 **to** 10/09/19
**Check Date:** 10/10/19   **Check #:** 5779

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 640.46 | 29342.37 |
| **NET PAY** | **640.46** | **29342.37** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 32.00 | 20.0000 | 640.00 | 1496.00 | 29920.00 |
| Personal | 8.00 | 20.0000 | 160.00 | 56.00 | 1120.00 |
| Overtime | | | | 170.00 | 5100.00 |
| **Total Hours** | 40.00 | | | 1722.00 | |
| **Gross Earnings** | | | 800.00 | | 36140.00 |
| **Total Hrs Worked** | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 49.60 | 2240.68 |
| Medicare | | 11.60 | 524.03 |
| Fed Income Tax | M 2 | 41.92 | 1665.57 |
| NY Income Tax | M 2 | 32.28 | 1350.60 |
| NY Disability | | 0.60 | 25.80 |
| NY Disability PFL | | 1.22 | 50.42 |
| NY NYC Inc | M 2 | 22.32 | 940.55 |
| **TOTAL** | | 159.54 | 6797.63 |

| **NET PAY** | | THIS PERIOD ($) | YTD |
|---|---|---|---|
| | | 640.46 | 29342 |

*Payrolls by Paychex, Inc.*

**0020 1903-9783** Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE.
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45          DD

| DATE | CHECK NO. |
|------|-----------|
| 10/18/2019 | 5824 |

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**$640.46**

AMOUNT

VOID THIS IS NOT A CHECK ............................................ DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                   FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx     Employee ID: 45

Home Department: 300 HVAC

Pay Period: 10/10/19 to 10/16/19
Check Date: 10/18/19    Check #: 5824

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|-------------|-----------------|---------|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 640.46 | 29982.83 |
| NET PAY | 640.46 | 29982.83 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|-------------|-----------|------|-----------------|-----------|---------|
| Hourly | 40.00 | 20.0000 | 800.00 | 1536.00 | 30720.00 |
| Personal | | | | 56.00 | 1120.00 |
| Overtime | | | | 170.00 | 5100.00 |
| Total Hours | 40.00 | | | 1762.00 | |
| Gross Earnings | | | 800.00 | | 36940.00 |
| Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|-------------|---------------|-----------------|---------|
| Social Security | | 49.60 | 2290.2 |
| Medicare | | 11.60 | 535.6 |
| Fed Income Tax | M 2 | 41.92 | 1707.4 |
| NY Income Tax | M 2 | 32.28 | 1382.8 |
| NY Disability PFL | | 1.22 | 51.6 |
| NY Disability | | 0.60 | 26.4 |
| NY NYC Inc | M 2 | 22.32 | 962.9 |
| **TOTAL** | | 159.54 | 6957.1 |

| **NET PAY** | THIS PERIOD ($) | YTD |
|-------------|-----------------|-----|
| | 640.46 | 29982 |

Payrolls by Paychex, Inc.

0020 1903-9783  Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

METAFACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45     DD

| 10/18/2019 | 5825 |
|---|---|
| DATE | CHECK NO. |

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**$217.36**

AMOUNT

VOID THIS IS NOT A CHECK .............................................. DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

FOLD AND REMOVE

### PERSONAL AND CHECK INFORMATION
Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx   Employee ID: 45

Home Department: 300 HVAC

Pay Period: 10/10/19 to 10/16/19
Check Date: 10/18/19   Check #: 5825

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 217.36 | 30200.19 |
| NET PAY | 217.36 | 30200.19 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | | | | 1536.00 | 30720.00 |
| | Personal | | | | 56.00 | 1120.00 |
| | Overtime | 8.00 | 30.0000 | 240.00 | 178.00 | 5340.00 |
| | Total Hours | 8.00 | | | 1770.00 | |
| | Gross Earnings | | | 240.00 | | 37180.00 |
| | Total Hrs Worked | 8.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 14.88 | 2305.16 |
| | Medicare | | 3.48 | 539.11 |
| | Fed Income Tax | M 2 | | 1707.43 |
| | NY Income Tax | M 2 | 1.95 | 1384.83 |
| | NY Disability PFL | | 0.37 | 52.01 |
| | NY Disability | | | 26.40 |
| | NY NYC Inc | M 2 | 1.96 | 964.87 |
| | TOTAL | | 22.64 | 6979.81 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 217.36 | 30200.19 |

Payrolls by Paychex, Inc.

0020 1903-9783  Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45          DD

| 11/01/2019 | 5922 |
|---|---|
| DATE | CHECK NO. |

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**$138.72**

AMOUNT

VOID THIS IS NOT A CHECK .............................................. DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx    Employee ID: 45

Home Department: 300 HVAC

Pay Period: 10/24/19 to 10/30/19
Check Date: 11/01/19    Check #: 5922

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 138.72 | 30979.37 |
| NET PAY | 138.72 | 30979.37 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 32.00 | 20.0000 | 640.00 | 1608.00 | 32160.00 |
| | Personal | 8.00 | 20.0000 | 160.00 | 64.00 | 1280.00 |
| | Overtime | | | | 178.00 | 5340.00 |
| | Total Hours | 40.00 | | | 1850.00 | |
| | Gross Earnings | | | 800.00 | | 38780.00 |
| | Total Hrs Worked | 40.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 49.60 | 2404.3 |
| | Medicare | | 11.60 | 562.3 |
| | Fed Income Tax | M 2 | 41.92 | 1791.2 |
| | NY Income Tax | M 2 | 32.28 | 1449.3 |
| | NY Disability | | 0.60 | 27.6 |
| | NY Disability PFL | | 1.22 | 54.4 |
| | NY NYC Inc | M 2 | 22.32 | 1009.5 |
| | TOTAL | | 159.54 | 7298.8 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Income excution | 501.74 | 501.7 |
| | TOTAL | 501.74 | 501.7 |

| NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|
| | 138.72 | 30979. |

*Payrolls by Paychex, Inc.*

**0020 1903-9783** Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

COPYRIGHT CAPTURE? ANTI-FRAUD PROTECT...

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45          DD

| DATE | CHECK NO. |
|------|-----------|
| 11/01/2019 | 5923 |

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**$293.96**

AMOUNT

VOID THIS IS NOT A CHECK ........................................ DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                    FOLD AND REMOVE

### PERSONAL AND CHECK INFORMATION
Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx   **Employee ID:** 45

Home Department: 300 HVAC

Pay Period: 10/24/19 **to** 10/30/19
Check Date: 11/01/19   Check #: 5923
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|-------------|-----------------|---------|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 293.96 | 31273.33 |
| **NET PAY** | **293.96** | **31273.33** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|----------|-------------|-----------|------|-----------------|-----------|---------|
| | Hourly | | | | 1608.00 | 32160.00 |
| | Personal | | | | 64.00 | 1280.00 |
| | Overtime | 11.00 | 30.0000 | 330.00 | 189.00 | 5670.00 |
| | **Total Hours** | 11.00 | | | 1861.00 | |
| | **Gross Earnings** | | | 330.00 | | 39110.00 |
| | **Total Hrs Worked** | 11.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|--------------|-------------|---------------|-----------------|---------|
| | Social Security | | 20.46 | 2424.8... |
| | Medicare | | 4.79 | 567.1... |
| | Fed Income Tax | M 2 | | 1791.2... |
| | NY Income Tax | M 2 | 5.55 | 1454.9... |
| | NY Disability | | 0.60 | 28.2... |
| | NY Disability PFL | | 0.50 | 54.9... |
| | NY NYC Inc | M 2 | 4.14 | 1013.6... |
| | **TOTAL** | | 36.04 | 7334.9... |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|------------|-------------|-----------------|---------|
| | Income excution | | 501.7... |
| | **TOTAL** | | 501.7... |

| NET PAY | THIS PERIOD ($) | YTD |
|---------|-----------------|-----|
| | 293.96 | 31273. |

Payrolls by Paychex, Inc.

**0020 1903-9783** Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45      DD

| 11/08/2019 | 5965 |
|---|---|
| DATE | CHECK NO. |

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**\*\*$526.29\*\***

AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**\*\*NON-NEGOTIABLE\*\***

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx   **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 10/31/19 **to** 11/06/19
**Check Date:** 11/08/19   **Check #:** 5965
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 526.29 | 31799.62 |
| NET PAY | 526.29 | 31799.62 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 32.00 | 20.0000 | 640.00 | 1640.00 | 32800.0 |
| | Personal | | | | 64.00 | 1280.0 |
| | Overtime | | | | 189.00 | 5670.0 |
| | **Total Hours** | 32.00 | | | 1893.00 | |
| | **Gross Earnings** | | | 640.00 | | 39750.0 |
| | **Total Hrs Worked** | 32.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 39.68 | 2464.5 |
| | Medicare | | 9.28 | 576.3 |
| | Fed Income Tax | M 2 | 25.15 | 1816.4 |
| | NY Income Tax | M 2 | 22.34 | 1477.2 |
| | NY Disability | | 0.60 | 28.8 |
| | NY Disability PFL | | 0.98 | 55.9 |
| | NY NYC Inc | M 2 | 15.68 | 1029.3 |
| | **TOTAL** | | 113.71 | 7448.6 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ( |
|---|---|---|---|
| | Income excution | | 501.7 |
| | **TOTAL** | | 501.7 |

| NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|
| | 526.29 | 31799 |

Payrolls by Paychex, Inc.

0020 1903-9783  Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING · THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45        DD

| 11/15/2019 | 6013 |
|---|---|
| DATE | CHECK NO. |

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**\*\*$640.46\*\***

AMOUNT

VOID THIS IS NOT A CHECK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DOLLARS

**\*\*NON-NEGOTIABLE\*\***

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 11/07/19 to 11/13/19
**Check Date:** 11/15/19    **Check #:** 6013
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 640.46 | 32440.08 |
| **NET PAY** | **640.46** | **32440.08** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.00 | 20.0000 | 800.00 | 1680.00 | 33600.00 |
| | Personal | | | | 64.00 | 1280.00 |
| | Overtime | | | | 189.00 | 5670.00 |
| | **Total Hours** | 40.00 | | | 1933.00 | |
| | **Gross Earnings** | | | 800.00 | | 40550.00 |
| | **Total Hrs Worked** | 40.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 49.60 | 2514.10 |
| | Medicare | | 11.60 | 587.98 |
| | Fed Income Tax | M 2 | 41.92 | 1858.34 |
| | NY Income Tax | M 2 | 32.28 | 1509.56 |
| | NY Disability | | 0.60 | 29.40 |
| | NY Disability PFL | | 1.22 | 57.15 |
| | NY NYC Inc | M 2 | 22.32 | 1051.65 |
| | **TOTAL** | | 159.54 | 7608.18 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Income excution | | 501.74 |
| | **TOTAL** | | 501.74 |

| **NET PAY** | | THIS PERIOD ($) | YTD |
|---|---|---|---|
| | | **640.46** | **32440.** |

Payrolls by Paychex, Inc.

**0020 1903-9783** Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45          DD

| 11/15/2019 | 6014 |
|---|---|
| DATE | CHECK NO. |

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**\*\*$217.36\*\***

AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**\*\*NON-NEGOTIABLE\*\***

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 11/07/19 **to** 11/13/19
**Check Date:** 11/15/19    **Check #:** 6014

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 217.36 | 32657.44 |
| **NET PAY** | **217.36** | **32657.44** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD |
|---|---|---|---|---|---|---|
| | Hourly | | | | 1680.00 | 33600.00 |
| | Personal | | | | 64.00 | 1280.00 |
| | Overtime | 8.00 | 30.0000 | 240.00 | 197.00 | 5910.00 |
| | Total Hours | 8.00 | | | 1941.00 | |
| | Gross Earnings | | | 240.00 | | 40790.00 |
| | Total Hrs Worked | 8.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 14.88 | 2528.9 |
| | Medicare | | 3.48 | 591.4 |
| | Fed Income Tax | M 2 | | 1858.3 |
| | NY Income Tax | M 2 | 1.95 | 1511.5 |
| | NY Disability | | | 29.4 |
| | NY Disability PFL | | 0.37 | 57.5 |
| | NY NYC Inc | M 2 | 1.96 | 1053.6 |
| | **TOTAL** | | 22.64 | 7630.8 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Income excution | | 501.7 |
| | **TOTAL** | | 501.7 |

| NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|
| | 217.36 | 32657. |

Payrolls by Paychex, Inc.

**0020 1903-9783**  Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY  11205 • (718) 643-0519

**REEM PLUMBING & HEATING CORP**
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45      DD

| 11/22/2019 | 6069 |
|---|---|
| DATE | CHECK NO. |

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**$640.46**

AMOUNT

VOID THIS IS NOT A CHECK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

FOLD AND REMOVE                                                   FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 11/14/19 to 11/20/19
**Check Date:** 11/22/19    **Check #:** 6069
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 640.46 | 33297.90 |
| **NET PAY** | **640.46** | **33297.90** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.00 | 20.0000 | 800.00 | 1720.00 | 34400.00 |
| | Personal | | | | 64.00 | 1280.00 |
| | Overtime | | | | 197.00 | 5910.00 |
| | **Total Hours** | 40.00 | | | 1981.00 | |
| | **Gross Earnings** | | | 800.00 | | 41590.00 |
| | **Total Hrs Worked** | 40.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 49.60 | | 2578.58 |
| | Medicare | | | 11.60 | | 603.06 |
| | Fed Income Tax | M 2 | | 41.92 | | 1900.26 |
| | NY Income Tax | M 2 | | 32.28 | | 1543.79 |
| | NY Disability PFL | | | 1.22 | | 58.74 |
| | NY Disability | | | 0.60 | | 30.00 |
| | NY NYC Inc | M 2 | | 22.32 | | 1075.93 |
| | **TOTAL** | | | 159.54 | | 7790.36 |

| DEDUCTIONS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Income excution | | | | | 501.74 |
| | **TOTAL** | | | | | 501.74 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 640.46 | 33297.90 |

Payrolls by Paychex, Inc.

**0020 1903-9783**  Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45          DD

| 11/29/2019 | 6128 |
|---|---|
| DATE | CHECK NO. |

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**$640.46**

AMOUNT

VOID THIS IS NOT A CHECK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 11/21/19 to 11/27/19
**Check Date:** 11/29/19    **Check #:** 6128

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 640.46 | 33938.36 |
| **NET PAY** | **640.46** | **33938.36** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.00 | 20.0000 | 800.00 | 1760.00 | 35200.00 |
| | Personal | | | | 64.00 | 1280.00 |
| | Overtime | | | | 197.00 | 5910.00 |
| | **Total Hours** | 40.00 | | | 2021.00 | |
| | **Gross Earnings** | | | 800.00 | | 42390.00 |
| | **Total Hrs Worked** | 40.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 49.60 | | 2628.18 |
| | Medicare | | | 11.60 | | 614.66 |
| | Fed Income Tax | M 2 | | 41.92 | | 1942.18 |
| | NY Income Tax | M 2 | | 32.28 | | 1576.07 |
| | NY Disability | | | 0.60 | | 30.60 |
| | NY Disability PFL | | | 1.22 | | 59.96 |
| | NY NYC Inc | M 2 | | 22.32 | | 1098.25 |
| | **TOTAL** | | | 159.54 | | 7949.90 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Income excution | | 501.74 |
| | **TOTAL** | | 501.74 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 640.46 | 33938.36 |

Payrolls by Paychex, Inc.

**0020 1903-9783**  Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45          DD

| DATE | CHECK NO. |
|------|-----------|
| 12/06/2019 | 6181 |

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**$285.47**

AMOUNT

VOID THIS IS NOT A CHECK ........................................... DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

Thomas D Green
307 B Rena Drive
Effort, PA 18330
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 11/28/19 to 12/04/19
**Check Date:** 12/06/19     **Check #:** 6181

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|-------------|-----------------|---------|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 285.47 | 34223.83 |
| **NET PAY** | **285.47** | **34223.83** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|-------------|-----------|------|-----------------|-----------|---------|
| Hourly | 16.00 | 20.0000 | 320.00 | 1776.00 | 35520.00 |
| Personal | | | | 64.00 | 1280.00 |
| Overtime | | | | 197.00 | 5910.00 |
| **Total Hours** | 16.00 | | | 2037.00 | |
| **Gross Earnings** | | | 320.00 | | 42710.00 |
| **Total Hrs Worked** | 16.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|-------------|---------------|-----------------|---------|
| Social Security | | 19.84 | 2648.02 |
| Medicare | | 4.64 | 619.30 |
| Fed Income Tax | M 2 | | 1942.18 |
| NY Income Tax | M 2 | 5.15 | 1581.22 |
| NY Disability PFL | | 0.49 | 60.45 |
| NY Disability | | 0.60 | 31.20 |
| NY NYC Inc | M 2 | 3.81 | 1102.06 |
| **TOTAL** | | 34.53 | 7984.43 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|-------------|-----------------|---------|
| Income excution | | 501.74 |
| **TOTAL** | | 501.74 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---------|-----------------|---------|
| | 285.47 | 34223.83 |

Payrolls by Paychex, Inc.
**0020 1903-9783** Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45        DD

| DATE | CHECK NO. |
|------|-----------|
| 12/13/2019 | 6221 |

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**$410.67**

AMOUNT

VOID THIS IS NOT A CHECK .............................................. DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                 FOLD AND REMOVE

### PERSONAL AND CHECK INFORMATION
Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 12/05/19 to 12/11/19
**Check Date:** 12/13/19    **Check #:** 6221

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 410.67 | 34634.50 |
| **NET PAY** | **410.67** | **34634.50** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 24.00 | 20.0000 | 480.00 | 1800.00 | 36000.00 |
| Personal | | | | 64.00 | 1280.00 |
| Overtime | | | | 197.00 | 5910.00 |
| **Total Hours** | 24.00 | | | 2061.00 | |
| **Gross Earnings** | | | 480.00 | | 43190.00 |
| **Total Hrs Worked** | 24.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 29.76 | 2677.78 |
| Medicare | | 6.96 | 626.26 |
| Fed Income Tax | M 2 | 9.15 | 1951.33 |
| NY Income Tax | M 2 | 12.80 | 1594.02 |
| NY Disability PFL | | 0.73 | 61.18 |
| NY Disability | | 0.60 | 31.80 |
| NY NYC Inc | M 2 | 9.33 | 1111.39 |
| **TOTAL** | | 69.33 | 8053.76 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Income excution | | 501.74 |
| **TOTAL** | | 501.74 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 410.67 | 34634.50 |

Payrolls by Paychex, Inc.

**0020 1903-9783** Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

REEM PLUMBING & HEATING CORP
63 FLUSHING AVE
BROOKLYN NY 11205

1903-9783
ORG1:300 HVAC
EE ID: 45      DD

| 12/20/2019 | 6265 |
|---|---|
| DATE | CHECK NO. |

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

THOMAS D GREEN
307 B RENA DRIVE
EFFORT PA 18330

Total Net Direct Deposit(s)
**$526.29**

AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Thomas D Green
307 B Rena Drive
Effort, PA 18330
Soc Sec #: xxx-xx-xxxx   **Employee ID:** 45

**Home Department:** 300 HVAC

**Pay Period:** 12/12/19 **to** 12/18/19
**Check Date:** 12/20/19   **Check #:** 6265
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8705 | 526.29 | 35160.79 |
| **NET PAY** | **526.29** | **35160.79** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 32.00 | 20.0000 | 640.00 | 1832.00 | 36640.0 |
| | Personal | | | | 64.00 | 1280.0 |
| | Overtime | | | | 197.00 | 5910.0 |
| | **Total Hours** | 32.00 | | | 2093.00 | |
| | **Gross Earnings** | | | 640.00 | | 43830.0 |
| | **Total Hrs Worked** | 32.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 39.68 | 2717.4 |
| | Medicare | | 9.28 | 635.5 |
| | Fed Income Tax | M 2 | 25.15 | 1976.4 |
| | NY Income Tax | M 2 | 22.34 | 1616.3 |
| | NY Disability | | 0.60 | 32.4 |
| | NY Disability PFL | | 0.98 | 62.1 |
| | NY NYC Inc | M 2 | 15.68 | 1127.0 |
| | **TOTAL** | | 113.71 | 8167.4 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($ |
|---|---|---|---|
| | Income excution | | 501.7 |
| | **TOTAL** | | 501.7 |

| NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|
| | 526.29 | 35160 |

*Payrolls by Paychex, Inc.*

**0020 1903-9783** Reem Plumbing & Heating Corp • 63 Flushing Ave • Brooklyn NY 11205 • (718) 643-0519