| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| WLQ | 078610 | 129903 | 1829 | 0000328626 | 1 |

6539-0051

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement 

Period Beginning: 07/21/2019
Period Ending: 08/03/2019
Pay Date: 08/09/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

SIWANA S GREEN
113 RENA DRIVE
EFFORT PA 18330

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 30.37 | 455.55 | 455.55 |
| **Gross Pay** | | | **$455.55** | 455.55 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -28.30 | 28.30 |
| | Medicare Tax | -6.62 | 6.62 |
| | PA State Income Tax | -13.99 | 13.99 |
| | Palmer Twp Income Tax | -4.56 | 4.56 |
| | Palmer Twp Local Svc Tax | -2.00 | 2.00 |
| | PA SUI/SDI Tax | -0.27 | 0.27 |
| **Net Pay** | | **$399.81** | |
| Checking Dep. | | -399.81 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.84 | 0.84 |
| Personal | 13.70 | |
| Tot Work Hours | 30.37 | |
| Vacation | 1.55 | |

**Important Notes**
BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY
DUE TO CALCULATION METHOD AND ROUNDING.

Your federal taxable wages this period are $455.55

© 2000 ADP, LLC

---

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000328626
Pay date: 08/09/2019

Deposited to the account of
SIWANA S GREEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8705 | xxxx xxxx | $399.81 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| WLQ | 078610 | 129903 | 1829 | 0000349711 | 1 |

7498-0051

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

# Earnings Statement 

Period Beginning: 08/04/2019
Period Ending: 08/17/2019
Pay Date: 08/23/2019

SIWANA S GREEN
113 RENA DRIVE
EFFORT PA 18330

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 80.00 | 1,200.00 | 1,655.55 |
| Gross Pay | | | $1,200.00 | 1,655.55 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -13.88 | 13.88 |
| | Social Security Tax | -46.81 | 75.11 |
| | Medicare Tax | -10.95 | 17.57 |
| | PA State Income Tax | -23.15 | 37.14 |
| | Palmer Twp Income Tax | -7.54 | 12.10 |
| | Palmer Twp Local Svc Tax | -2.00 | 4.00 |
| | PA SUI/SDI Tax | -0.72 | 0.99 |
| | Other | | |
| | Pre-Tax Dental | -60.00* | 60.00 |
| | Pre-Tax Medical | -377.54* | 377.54 |
| | Pre-Tax Vision | -8.30* | 8.30 |
| Net Pay | | $649.11 | |
| | Checking Dep. | -649.11 | |
| Net Check | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.84 | 1.68 |
| Personal | 17.40 | |
| Tot Work Hours | 80.00 | |
| Vacation | 3.10 | |

**Important Notes**
BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY
DUE TO CALCULATION METHOD AND ROUNDING.

* Excluded from federal taxable wages
Your federal taxable wages this period are $754.16

© 2000 ADP, LLC

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000349711
Pay date: 08/23/2019

Deposited to the account of
SIWANA S GREEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8705 | xxxx xxxx | $649.11 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| WLQ | 078610 | 129903 | 1829 | 0000377504 | 1 |

8052-0051

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement 

Period Beginning: 08/18/2019
Period Ending: 08/31/2019
Pay Date: 09/06/2019

SIWANA S GREEN
113 RENA DRIVE
EFFORT PA 18330

Taxable Marital Status: Married
Exemptions/Allowances:
　Federal: 1
　PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 70.00 | 1,050.00 | 2,705.55 |
| Personal Time | 15.0000 | 10.00 | 150.00 | 150.00 |
| **Gross Pay** | | | **$1,200.00** | 2,855.55 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -36.17 | 50.05 |
| | Social Security Tax | -60.63 | 135.74 |
| | Medicare Tax | -14.17 | 31.74 |
| | PA State Income Tax | -30.00 | 67.14 |
| | Palmer Twp Income Tax | -9.77 | 21.87 |
| | Palmer Twp Local Svc Tax | -2.00 | 6.00 |
| | PA SUI/SDI Tax | -0.72 | 1.71 |
| **Other** | | | |
| | Pre-Tax Dental | -30.00* | 90.00 |
| | Pre-Tax Medical | -188.77* | 566.31 |
| | Pre-Tax Vision | -4.15* | 12.45 |
| **Net Pay** | | **$823.62** | |
| Checking Dep. | | -823.62 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.84 | 2.52 |
| Personal | 11.10 | |
| Tot Work Hours | 70.00 | |
| Vacation | 4.65 | |

**Important Notes**
BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

* Excluded from federal taxable wages
Your federal taxable wages this period are $977.08

© 2000 ADP, LLC

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000377504
Pay date: 09/06/2019

Deposited to the account of
SIWANA S GREEN

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx8705 | xxxx xxxx | $823.62 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| WLQ | 078610 | 129903 | 1829 | 0000391213 | 1 |

8458-0051

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement 

Period Beginning: 09/01/2019
Period Ending: 09/14/2019
Pay Date: 09/20/2019

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 1
 PA: N/A

SIWANA S GREEN
113 RENA DRIVE
EFFORT PA 18330

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 70.00 | 1,050.00 | 3,755.55 |
| Overtime | 22.5000 | 10.17 | 228.83 | 228.83 |
| Holiday O/T | 22.5000 | 10.00 | 225.00 | 225.00 |
| Holiday Pay | 15.0000 | 8.00 | 120.00 | 120.00 |
| Personal Time | | | | 150.00 |
| **Gross Pay** | | | **$1,623.83** | 4,479.38 |

Your federal taxable wages this period are $1,400.91

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.84 | 3.36 |
| Personal | 14.80 | |
| Tot Work Hours | 90.17 | |
| Vacation | 6.20 | |

### Important Notes
BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -79.35 | 129.40 |
| | Social Security Tax | -86.91 | 222.65 |
| | Medicare Tax | -20.33 | 52.07 |
| | PA State Income Tax | -43.01 | 110.15 |
| | Palmer Twp Income Tax | -14.01 | 35.88 |
| | Palmer Twp Local Svc Tax | -2.00 | 8.00 |
| | PA SUI/SDI Tax | -0.98 | 2.69 |
| | **Other** | | |
| | Pre-Tax Dental | -30.00* | 120.00 |
| | Pre-Tax Medical | -188.77* | 755.08 |
| | Pre-Tax Vision | -4.15* | 16.60 |
| **Net Pay** | | **$1,154.32** | |
| Checking Dep. | | -1,154.32 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000391213
Pay date: 09/20/2019

Deposited to the account of
SIWANA S GREEN

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx8705 | xxxx xxxx | $1,154.32 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| WLQ | 078610 | 129903 | 1829 | 0000412723 | 1 |

9790-0051

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement

**ADP**

Period Beginning: 09/15/2019
Period Ending: 09/28/2019
Pay Date: 10/04/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

SIWANA S GREEN
113 RENA DRIVE
EFFORT PA 18330

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 60.58 | 908.70 | 4,664.25 |
| Overtime | | | | 228.83 |
| Holiday O/T | | | | 225.00 |
| Holiday Pay | | | | 120.00 |
| Personal Time | | | | 150.00 |
| **Gross Pay** | | | **$908.70** | 5,388.08 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.84 | 4.20 |
| Personal | 18.50 | |
| Tot Work Hours | 60.58 | |
| Vacation | 7.75 | |

**Important Notes**
BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY
DUE TO CALCULATION METHOD AND ROUNDING.

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -7.04 | 136.44 |
| | Social Security Tax | -42.57 | 265.22 |
| | Medicare Tax | -9.96 | 62.03 |
| | PA State Income Tax | -21.05 | 131.20 |
| | Palmer Twp Income Tax | -6.86 | 42.74 |
| | Palmer Twp Local Svc Tax | -2.00 | 10.00 |
| | PA SUI/SDI Tax | -0.54 | 3.23 |
| | Other | | |
| | Pre-Tax Dental | -30.00* | 150.00 |
| | Pre-Tax Medical | -188.77* | 943.85 |
| | Pre-Tax Vision | -4.15* | 20.75 |
| | **Net Pay** | **$595.76** | |
| | Checking Dep. | -595.76 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $685.78

© 2000 ADP, LLC

---

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000412723
Pay date: 10/04/2019

THIS IS NOT A CHECK

Deposited to the account of     account number     transit ABA     amount
SIWANA S GREEN                  xxxxx8705          xxxx xxxx      $595.76

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| WLQ | 078610 | 129903 | 1829 | 0000427295 | 1 |

290-0051

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement 

Period Beginning: 10/13/2019
Period Ending: 10/25/2019
Pay Date: 10/17/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

SIWANA S GREEN
113 RENA DRIVE
EFFORT PA 18330

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 4.33 | 64.95 | 5,575.50 |
| Personal Time | 15.0000 | 12.38 | 185.70 | 335.70 |
| Overtime | | | | 228.83 |
| Holiday O/T | | | | 225.00 |
| Holiday Pay | | | | 120.00 |
| **Gross Pay** | | | **$250.65** | 6,485.03 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 4.33 | |
| Groupterm Life | | 5.04 |

**Important Notes**
BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY
DUE TO CALCULATION METHOD AND ROUNDING.

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -15.54 | 319.46 |
| Medicare Tax | | -3.63 | 74.71 |
| PA State Income Tax | | -7.69 | 158.03 |
| Palmer Twp Income Tax | | -2.51 | 51.48 |
| Palmer Twp Local Svc Tax | | -2.00 | 14.00 |
| PA SUI/SDI Tax | | -0.15 | 3.89 |
| Federal Income Tax | | | 137.24 |
| **Other** | | | |
| Pre-Tax Dental | | | 180.00 |
| Pre-Tax Medical | | | 1,132.62 |
| Pre-Tax Vision | | | 24.90 |
| **Net Pay** | | **$219.13** | |
| Checking Dep. | | -219.13 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $250.65

© 2000 ADP, LLC

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000427295
Pay date: 10/17/2019

Deposited to the account of | account number | transit ABA | amount
SIWANA S GREEN | xxxxx8705 | xxxx xxxx | $219.13

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| WLQ | 078610 | 129903 | 1829 | 0000434768 | 1 |

11517-0051

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement 

Period Beginning: 09/29/2019
Period Ending: 10/12/2019
Pay Date: 10/18/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

SIWANA S GREEN
113 RENA DRIVE
EFFORT PA 18330

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 56.42 | 846.30 | 5,510.55 |
| Overtime | | | | 228.83 |
| Holiday O/T | | | | 225.00 |
| Holiday Pay | | | | 120.00 |
| Personal Time | | | | 150.00 |
| **Gross Pay** | | | **$846.30** | 6,234.38 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -0.80 | 137.24 |
| | Social Security Tax | -38.70 | 303.92 |
| | Medicare Tax | -9.05 | 71.08 |
| | PA State Income Tax | -19.14 | 150.34 |
| | Palmer Twp Income Tax | -6.23 | 48.97 |
| | Palmer Twp Local Svc Tax | -2.00 | 12.00 |
| | PA SUI/SDI Tax | -0.51 | 3.74 |
| Other | | | |
| | Pre-Tax Dental | -30.00* | 180.00 |
| | Pre-Tax Medical | -188.77* | 1,132.62 |
| | Pre-Tax Vision | -4.15* | 24.90 |
| **Net Pay** | | **$546.95** | |
| Checking Dep. | | -546.95 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.84 | 5.04 |
| Personal | 22.20 | |
| Tot Work Hours | 56.42 | |
| Vacation | 9.30 | |

**Important Notes**
BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY
DUE TO CALCULATION METHOD AND ROUNDING.

* Excluded from federal taxable wages
Your federal taxable wages this period are $623.38

© 2000 ADP, LLC.

---

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000434768
Pay date: 10/18/2019

Deposited to the account of
SIWANA S GREEN

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx8705 | xxxx xxxx | $546.95 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| WLQ | 078610 | 129903 | 1829 | 0000456608 | 1 |

13047-0051

# Earnings Statement 

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 10/13/2019
Period Ending: 10/26/2019
Pay Date: 11/01/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

SIWANA S GREEN
113 RENA DRIVE
EFFORT PA 18330

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 15.2500 | 73.83 | 1,125.91 | 6,701.41 |
| Overtime | | | | 228.83 |
| Holiday O/T | | | | 225.00 |
| Holiday Pay | | | | 120.00 |
| Personal Time | | | | 335.70 |
| **Gross Pay** | | | **$1,125.91** | 7,610.94 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -28.76 | 166.00 |
| | Social Security Tax | -56.04 | 375.50 |
| | Medicare Tax | -13.11 | 87.82 |
| | PA State Income Tax | -27.72 | 185.75 |
| | Palmer Twp Income Tax | -9.03 | 60.51 |
| | Palmer Twp Local Svc Tax | -2.00 | 16.00 |
| | PA SUI/SDI Tax | -0.68 | 4.57 |
| | **Other** | | |
| | Pre-Tax Dental | -30.00* | 210.00 |
| | Pre-Tax Medical | -188.77* | 1,321.39 |
| | Pre-Tax Vision | -4.15* | 29.05 |
| | **Net Pay** | **$765.65** | |
| | Checking Dep. | -765.65 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.90 | 5.94 |
| Personal | 13.52 | |
| Tot Work Hours | 73.83 | |
| Vacation | 10.85 | |

**Important Notes**
BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY
DUE TO CALCULATION METHOD AND ROUNDING.

* Excluded from federal taxable wages
Your federal taxable wages this period are $902.99

© 2000 ADP, LLC

---

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000456608
Pay date: 11/01/2019

Deposited to the account of
SIWANA S GREEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8705 | xxxx xxxx | $765.65 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| WLQ | 078610 | 129903 | 1829 | 0000484571 | 1 |

13711-0051

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement

![ADP]

Period Beginning: 10/27/2019
Period Ending: 11/09/2019
Pay Date: 11/15/2019

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 1
   PA: N/A

SIWANA S GREEN
113 RENA DRIVE
EFFORT PA 18330

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.2500 | 60.37 | 920.64 | 7,622.05 |
| Personal Time | 15.2500 | 8.00 | 122.00 | 457.70 |
| Overtime | | | | 228.83 |
| Holiday O/T | | | | 225.00 |
| Holiday Pay | | | | 120.00 |
| **Gross Pay** | | | **$1,042.64** | 8,653.58 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -20.44 | 186.44 |
| | Social Security Tax | -50.88 | 426.38 |
| | Medicare Tax | -11.90 | 99.72 |
| | PA State Income Tax | -25.17 | 210.92 |
| | Palmer Twp Income Tax | -8.20 | 68.71 |
| | Palmer Twp Local Svc Tax | -2.00 | 18.00 |
| | PA SUI/SDI Tax | -0.62 | 5.19 |
| | Other | | |
| | Pre-Tax Dental | -30.00* | 240.00 |
| | Pre-Tax Medical | -188.77* | 1,510.16 |
| | Pre-Tax Vision | -4.15* | 33.20 |
| | **Net Pay** | **$700.51** | |
| | Checking Dep. | -700.51 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.90 | 6.84 |
| Personal | 9.22 | |
| Tot Work Hours | 60.37 | |
| Vacation | 12.40 | |

**Important Notes**
BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY
DUE TO CALCULATION METHOD AND ROUNDING.

\* Excluded from federal taxable wages
Your federal taxable wages this period are $819.72

© 2000 ADP, LLC

---

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000484571
Pay date: 11/15/2019

Deposited to the account of
SIWANA S GREEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8705 | xxxx xxxx | $700.51 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| WLQ | 078610 | 129903 | 1829 | 0000504850 | 1 |

14160-0051

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement 

Period Beginning: 11/10/2019
Period Ending: 11/23/2019
Pay Date: 11/29/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

SIWANA S GREEN
113 RENA DRIVE
EFFORT PA 18330

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.2500 | 71.55 | 1,091.14 | 8,713.19 |
| Overtime | 22.8750 | 6.08 | 139.08 | 367.91 |
| Personal Time | 15.2500 | 7.72 | 117.73 | 575.43 |
| Holiday O/T | | | | 225.00 |
| Holiday Pay | | | | 120.00 |
| **Gross Pay** | | | **$1,347.95** | 10,001.53 |

Your federal taxable wages this period are $1,125.03

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -50.97 | 237.41 |
| | Social Security Tax | -69.81 | 496.19 |
| | Medicare Tax | -16.32 | 116.04 |
| | PA State Income Tax | -34.54 | 245.46 |
| | Palmer Twp Income Tax | -11.25 | 79.96 |
| | Palmer Twp Local Svc Tax | -2.00 | 20.00 |
| | PA SUI/SDI Tax | -0.81 | 6.00 |
| Other | | | |
| | Pre-Tax Dental | -30.00* | 270.00 |
| | Pre-Tax Medical | -188.77* | 1,698.93 |
| | Pre-Tax Vision | -4.15* | 37.35 |
| **Net Pay** | | **$939.33** | |
| Checking Dep. | | -939.33 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.90 | 7.74 |
| Personal | 5.20 | |
| Tot Work Hours | 77.63 | |
| Vacation | 13.95 | |

**Important Notes**
BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

* Excluded from federal taxable wages

© 2000 ADP, LLC

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000504850
Pay date: 11/29/2019

Deposited to the account of
SIWANA S GREEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8705 | xxxx xxxx | $939.33 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| WLQ | 078610 | 129903 | 1829 | 0000518153 | 1 |

14190-0051

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement 

Period Beginning: 11/24/2019
Period Ending: 12/07/2019
Pay Date: 12/13/2019

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 1
 PA: N/A

SIWANA S GREEN
113 RENA DRIVE
EFFORT PA 18330

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.2500 | 69.62 | 1,061.71 | 9,774.90 |
| Holiday Pay | 15.2500 | 8.00 | 122.00 | 242.00 |
| Personal Time | 15.2500 | 5.12 | 78.08 | 653.51 |
| Overtime | | | | 367.91 |
| Holiday O/T | | | | 225.00 |
| **Gross Pay** | | | **$1,261.79** | 11,263.32 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -42.35 | 279.76 |
| | Social Security Tax | -64.46 | 560.65 |
| | Medicare Tax | -15.08 | 131.12 |
| | PA State Income Tax | -31.69 | 277.35 |
| | Palmer Twp Income Tax | -10.39 | 90.35 |
| | Palmer Twp Local Svc Tax | -2.00 | 22.00 |
| | PA SUI/SDI Tax | -0.76 | 6.76 |
| | **Other** | | |
| | Pre-Tax Dental | -30.00* | 300.00 |
| | Pre-Tax Medical | -188.77* | 1,887.70 |
| | Pre-Tax Vision | -4.15* | 41.50 |
| | **Net Pay** | **$871.94** | |
| | Checking Dep. | -871.94 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,038.87

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.90 | 8.64 |
| Personal | 3.78 | |
| Tot Work Hours | 69.62 | |
| Vacation | 15.50 | |

### Important Notes
BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

* Excluded from federal taxable wages

© 2000 ADP, LLC

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000518153
Pay date: 12/13/2019

Deposited to the account of
SIWANA S GREEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8705 | xxxx xxxx | $871.94 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| WLQ | 078610 | 129903 | 1829 | 0000546155 | 1 |

14332-0051

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 1
   PA: N/A

# Earnings Statement 

Period Beginning: 12/08/2019
Period Ending: 12/21/2019
Pay Date: 12/27/2019

SIWANA S GREEN
113 RENA DRIVE
EFFORT PA 18330

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.2500 | 80.00 | 1,220.00 | 10,994.90 |
| Overtime | 22.8750 | 34.50 | 789.19 | 1,157.10 |
| Personal Time | 15.2500 | 3.65 | 55.66 | 709.17 |
| Holiday O/T | | | | 225.00 |
| Holiday Pay | | | | 242.00 |
| **Gross Pay** | | | **$2,064.85** | 13,328.17 |

Your federal taxable wages this period are $1,841.93

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.90 | 9.54 |
| Personal | 1.13 | |
| Tot Work Hours | 114.50 | |
| Vacation | 17.05 | |

**Important Notes**
BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -132.27 | 412.03 |
| Social Security Tax | | -114.26 | 674.91 |
| Medicare Tax | | -26.72 | 157.84 |
| PA State Income Tax | | -56.55 | 333.90 |
| Palmer Twp Income Tax | | -18.42 | 108.77 |
| Palmer Twp Local Svc Tax | | -2.00 | 24.00 |
| PA SUI/SDI Tax | | -1.24 | 8.00 |
| **Other** | | | |
| Pre-Tax Dental | | -30.00* | 330.00 |
| Pre-Tax Medical | | -188.77* | 2,076.47 |
| Pre-Tax Vision | | -4.15* | 45.65 |
| **Net Pay** | | **$1,490.47** | |
| Checking Dep. | | -1,490.47 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, LLC

---

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000546155
Pay date: 12/27/2019

Deposited to the account of
SIWANA S GREEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8705 | xxxx xxxx | $1,490.47 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**