United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Siwana Sheron Green
Thomas Demetrius Green
       Debtors

Case No. 20-00131-RNO
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 1      Date Rcvd: Mar 02, 2020
                     Form ID: ntnew341      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2020.
```
db/jdb      +Siwana Sheron Green,   Thomas Demetrius Green,   113 Rena Drive,   Effort, PA 18330-7736
5294423     +Bayview Loan Servicing, LLC, a Delaware Limited Li,   4375 Jutland Drive, Suite 200,
             P.O. Box 17933,   San Diego, CA 92177-7921
5297534     +Santander Consumer USA Inc,   P.O. Box 560284,   Dallas, TX 75356-0284
5290873     +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5290874     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 02 2020 19:15:50
             Bayview Loan Servicing,   4425 Ponce De Leon Boulevard,   5th Floor,
             Coral Gables, FL 33146-1873
```
                                                                    TOTAL: 1

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5290876*    +Bayview Loan Servicing,   4425 Ponce De Leon Boulevard,   5th Floor,
             Coral Gables, FL 33146-1873
5290875*    +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
```
                                         TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2020 at the address(es) listed below:
```
            Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
            James Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
             York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7
             bkgroup@kmllawgroup.com
            Janet M. Spears   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
             Liability Company bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com
            Patrick James Best   on behalf of Debtor 1 Siwana Sheron Green patrick@armlawyers.com,
             kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
            Patrick James Best   on behalf of Debtor 2 Thomas Demetrius Green patrick@armlawyers.com,
             kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
            United States Trustee   ustpregion03.ha.ecf@usdoj.gov
```
                                         TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Siwana Sheron Green,

**Debtor 1**

Thomas Demetrius Green,

**Debtor 2**

Chapter        13

Case No.        5:20–bk–00131–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: March 23, 2020<br><br>Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 2, 2020 |

ntnew341 (04/18)