```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
In re:                                                         Case No. 20-00131-RNO
Siwana Sheron Green                                            Chapter 13
Thomas Demetrius Green
        Debtors              CERTIFICATE OF NOTICE
District/off: 0314-5        User: AutoDocke          Page 1 of 1       Date Rcvd: Mar 20, 2020
                            Form ID: ntnew341        Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db/jdb         +Siwana Sheron Green,   Thomas Demetrius Green,   113 Rena Drive,   Effort, PA 18330-7736
5294423        +Bayview Loan Servicing, LLC, a Delaware Limited Li,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
5297534        +Santander Consumer USA Inc,   P.O. Box 560284,   Dallas, TX 75356-0284
5290873        +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5290874        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 20 2020 19:36:39
                 Bayview Loan Servicing,   4425 Ponce De Leon Boulevard,   5th Floor,
                 Coral Gables, FL 33146-1873
5311074         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 20 2020 19:36:18
                 Pennsylvania Department of Revenue,   Bankruptcy Division P O Box 280946,
                 Harrisburg PA   17128-0946
                                                                                          TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5290876*       +Bayview Loan Servicing,   4425 Ponce De Leon Boulevard,   5th Floor,
                 Coral Gables, FL 33146-1873
5310060*       +Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables, FL 33146-1873
5290875*       +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
           York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7
           bkgroup@kmllawgroup.com
          Janet M. Spears    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company bkecfinbox@aldridgepite.com,   JSpears@ecf.courtdrive.com
          Patrick James Best    on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
           York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7
           patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
          Patrick James Best    on behalf of Debtor 1 Siwana Sheron Green patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
          Patrick James Best    on behalf of Debtor 2 Thomas Demetrius Green patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Siwana Sheron Green,

**Debtor 1**

Thomas Demetrius Green,

**Debtor 2**

Chapter 13

Case No. 5:20−bk−00131−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: April 27, 2020 |
| --- | --- |
| | Time: 12:00 PM |

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 20, 2020 |

ntnew341 (04/18)