UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SIWANA SHERON GREEN
THOMAS DEMETRIUS GREEN
    Debtor(s)
CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant
vs.
SIWANA SHERON GREEN
THOMAS DEMETRIUS GREEN
    Respondent(s)

CHAPTER 13

CASE NO: 5-20-00131-RNO

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on September 11, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on March 3, 2020.

2. A hearing was held and an Order was entered on Julne 3, 2020 directing that an amended plan be filed within sixty (60) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

s/ Agatha R. McHale, Esq.
Id: 47613
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA 17036
Ph. 717-566-6097
Fax. 717-566-8313
eMail: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SIWANA SHERON GREEN
THOMAS DEMETRIUS GREEN

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 5-20-00131-RNO

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court  
Max Rosenn U.S. Courthouse  
Courtroom #2  
197 S. Main Street  
Wilkes Barre, PA  

Date: October 7, 2020

Time: 09:30 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
Email: dehartstaff@pamd13trustee.com

Dated: September 11, 2020

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SIWANA SHERON GREEN
THOMAS DEMETRIUS GREEN

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Movant

SIWANA SHERON GREEN
THOMAS DEMETRIUS GREEN

Respondent(s)

CHAPTER 13

CASE NO: 5-20-00131-RNO

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 11, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

PATRICK J BEST, ESQUIRE　　　　　　　　　　Served electronically
ANDERS RIEGEL & MASINGTON
18 N 8TH STREET
STROUDSBURG, PA   18360-

United States Trustee　　　　　　　　　　　　Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA   17101

SIWANA SHERON GREEN　　　　　　　　　　Served by 1st Class Mail
113 RENA DRIVE
EFFORT, PA   18330

I certify under penalty of perjury that the foregoing is true and correct.

Date:   September 11, 2020

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SIWANA SHERON GREEN
THOMAS DEMETRIUS GREEN

Debtor(s)     CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

SIWANA SHERON GREEN
THOMAS DEMETRIUS GREEN     CASE NO: 5-20-00131-RNO

Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.