# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Siwana Sheron Green,<br>**Debtor 1**<br><br>Thomas Demetrius Green,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:20–bk–00131–RNO |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: October 8, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

ordsmiss (05/18)